# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2373
Lower Tribunal No. 15-9781 SP
_____

**United Automobile Insurance Company,**
Appellant/Cross-Appellee,

vs.

**G & G Medical Center & Rehab Corp., a/a/o Jerry Aguirre,**
Appellee/Cross-Appellant.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Michael J. Neimand, for appellant/cross-appellee.

Stuart B. Yanofsky, P.A., and Stuart B. Yanofsky (Plantation), for appellee/cross-appellant.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See United Auto. Ins. Co. v. Feijoo, 356 So. 3d 304, 305

(Fla. 3d DCA 2023) (finding no abuse of discretion in denial of motion to preclude taxation as costs fees of lawyer who testified as expert as to reasonable attorney's fees); U.S. Fid. & Guar. Co. v. Rosado, 606 So. 2d 628, 629 (Fla. 3d DCA 1992) (finding no entitlement to attorney's fees for pre-suit work absent finding of unreasonable conduct); United Auto. Ins. Co. v. Gibson, M.D., P.A., 355 So. 3d 955, 956 (Fla. 4th DCA 2023) (same).